UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA M. NORRIS,<br><br>      Plaintiff,<br><br>v.<br><br>WORLD FINANCE COMPANY OF INDIANA, LLC d/b/a WORLD FINANCE CORPORATION,<br><br>      Defendant. | Case No. 1:19-cv-04041-SEB-DLP |

## NOTICE OF SETTLEMENT

   Plaintiff, LINDA S. NORRIS, hereby notifies the Court that Plaintiff and Defendant, WORLD FINANCE COMPANY OF INDIANA, LLC d/b/a WORLD FINANCE CORPORATION, have reached settlement, and are in process of completing the settlement agreement and filing a stipulation of dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

DATED: November 6, 2019                                         Respectfully submitted,

**LINDA S. NORRIS**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com